```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0103--CR (RRB)
                              "USA V JOHN C. VENDETTI"
                              DEF 1.1 VENDETTI, JOHN C.

       In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 08/18/04
               Closed: 03/07/05
   No. of Defendants: 1
      MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
     Counsel of record: Mary Jane Haden
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: David A. Nesbett
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 1.1 VENDETTI, JOHN C.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF A FIREARM AND AMMUNITION (F) | Dismissed (56-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) and (b)(1)(C) MANUFACTURE OF A CONTROLLED SUBSTANCE (F) | Dismissed (56-1) |
| 1 - 1 IND | 3 | 18:924(c)(1)(A), (c)(1)(A)(i) and (c)(1)(D) USE OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (F) | Sentenced (56-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0103--CR (RRB)
                                "USA V JOHN C. VENDETTI"

                         In public format, for all filing dates


   Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 08/18/04
            Closed: 03/07/05
No. of Defendants: 1


Document #    Filed      Docket text

NOTE -    1   08/18/04   [Re: DEF 1] Issued WOA.

   1 -    1   08/18/04   [Re: DEF 1] PLF 1 Indictment.

   2 -    1   08/19/04   [Re: DEF 1] JDR Grand Jury Minutes; Indt secret; WOA to issue; on bail
                         set (det per 18:3142).

NOTE -    2   08/20/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 8/19/04; def in
                         state custody.

NOTE -    3   08/20/04   Issued: Writ of H/C ad pros.

NOTE -    4   08/20/04   Notation: Proposed Trial Date Setting for Arr & Notice of Speedy Trial
                         Act Deadlines.

   3 -    1   08/20/04   [Re: DEF 1] PLF 1 motion (pet) for writ of H/C ad pros.

   4 -    1   08/20/04   [Re: DEF 1] AHB Order granting petition (pet) for writ of H/C ad pros
                         (3-1).  cc: USA, USM,

   5 -    1   08/20/04   [Re: DEF 1] AHB Minute Order that arr is set 3:00 p.m., 8/20/04.  cc:
                         USA, USM, PO, Def (by USM)

   6 -    1   08/23/04   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 9/10/04.
                         cc: USA, FPD

   7 -    1   08/23/04   [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

   8 -    1   08/23/04   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held
                         8/20/04); fin aff FILED; FPD appointed; def plead not guilty; det order
                         pending trial FILED; ptms due 9/10/04; order re: preparation for trial
                         FILED.  cc: USA, FPD, USM, PO, Judge Singleton

   9 -    1   08/24/04   [Re: DEF 1] JKS Minute Order setting TBJ on 10/4/04 @ 9:00 a.m.; FPTC
                         set 9/17/04 @ 9:30 a.m.; trial docs due 9/13/04. cc: USA, FPD, USM,
                         USPO, MJ Branson, JC

  10 -    1   08/27/04   [Re: DEF 1] PLF 1 Discovery conference certificate.

  11 -    1   09/08/04   [Re: DEF 1] PLF 1 motion for order compelling production of DNA samples
                         (on shortened time).

  12 -    1   09/08/04   [Re: DEF 1] AHB Minute Order that hrg re: 11-1 is set 2:30 p.m., 9/9/04.
                         cc: USA, FPD, USM,PO

  13 -    1   09/08/04   DEF 1 Unopposed motion on shortened time to continue trial date w/att
                         aff & exhs.

  13 -    2   09/08/04   DEF 1 Unopposed motion (request) on shortened time for scheduling
                         conference w/att aff & exhs.

ACMS: R_RDSDI           As of 03/31/06 at 10:16 AM by NON-NET                         Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0103--CR (RRB)
                              "USA V JOHN C. VENDETTI"

                         In public format, for all filing dates

Document #    Filed       Docket text

   14 -   1  09/08/04   DEF 1 Unopposed motion on shortened time to extend pretrial motion
                        deadline.

   15 -   1  09/09/04   [Re: DEF 1] JKS Minute Order granting unoppo mot (req) on shortened time
                        for scheduling conf (13-2); hrg set 9/13/04 @ 1:30 p.m.. cc: USA, FPD,
                        USM, USPO, MJ Branson

   16 -   1  09/09/04   [Re: DEF 1] AHB Minute Order denying Unopposed motion on shortened time
                        to extend pretrial motion deadline (14-1); crt will sua sponte ext ptms
                        if JKS grants mot to cont TBJ.  cc: USA, FPD

   17 -   1  09/09/04   [Re: DEF 1] Return of WOA executed on 8/20/04.

   18 -   1  09/13/04   [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] re Hrg on mot to cont
                        trial (held 9/13/04); granting unopposed motion on shortened time to
                        continue trial date (13-1); TBJ set for 10/4/04 is VACATED & RESET for
                        12/6/04 at 9:00 a.m.; FPTC set for 9/17/04 is VACATED & RESET for
                        12/1/04 at 4:00 p.m. cc: USA, FPD, USM, USPO, JC, MJ Branson

   19 -   1  09/13/04   [Re: DEF 1] JKS Order of excludable delay under 18:3161(h)(8)(B)(iv)(4).

   20 -   1  09/13/04   [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] of hrg re: plf's
                        mot for order compelling production of DNA samples (11-1) (held 9/9/04);
                        mot GRANTED; order SIGNED.

   21 -   1  09/13/04   [Re: DEF 1] AHB Order granting motion for order compelling production of
                        DNA samples (on shortened time) (11-1).  cc: USA, FPD

   22 -   1  09/15/04   [Re: DEF 1] AHB Minute Order that in light of cont of TBJ ptms are now
                        due NLT COB 10/14/04; oppos due NLT COB 10/21/04; mots/oppos to be
                        served on opposing cnsl by fax/hand delivery; 10/25/04 beginning at 9:00
                        a.m. reserved for any necessary hrg.  cc: USA, FPD, USM, PO

   23 -   1  10/14/04   DEF 1 motion for order directing the clerk to accept filing of audio CD
                        (shortened time).

   24 -   1  10/14/04   DEF 1 motion to suppress evidence w/att exh.

   25 -   1  10/15/04   [Re: DEF 1] AHB Minute Order granting motion for order directing the
                        clerk to accept filing of audio CD (shortened (23-1).  cc: USA, FPD,
                        Intake Clerk

   26 -   1  10/18/04   DEF 1 Notice of filing cd. (cd forwarded to MJ)

   27 -   1  10/21/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                        (24-1).

   28 -   1  10/27/04   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of evid hrg on mot to
                        suppress (dkt 24) (held 10/25/04); matters taken u/a; cnsl may file
                        addt'l brfs simultaneously 11/1/04; court directed clerk to order
                        expedited transcript.  cc: USA, FPD, USM, PO, ECRO

   29 -   1  11/01/04   DEF 1 Supplement re: DEF 1 motion to suppress evidence (24-1).

   30 -   1  11/01/04   [Re: DEF 1] PLF 1 Supplement to oppo to DEF 1 motion to suppress
                        evidence (24-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0103--CR (RRB)
                             "USA V JOHN C. VENDETTI"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 11/03/04 | DEF 1 Transcript re: mot to suppress evid (held 10/25/04). |
| 32 - 1 | 11/03/04 | DEF 1 motion for an order directing the destruction of def's DNA sample w/att exhs. |
| 33 - 1 | 11/08/04 | [Re: DEF 1] PLF 1 Attorney Substitution of D. Nesbett. |
| 34 - 1 | 11/22/04 | Initial R&R re: DEF 1 motion to suppress evidence (24-1); Recommended be denied; Objections due 11/23/04. Reply due 11/24/04. cc: USA, FPD, Judge Singleton |
| 35 - 1 | 11/22/04 | [Re: DEF 1] AHB Minute Order granting motion for an order directing the destruction of def's DNA sample (32-1). cc: USA, FPD |
| 36 - 1 | 11/23/04 | [Re: DEF 1] PLF 1 objection to R&R re: DEF 1 motion to suppress evidence (24-1). |
| 37 - 1 | 11/23/04 | DEF 1 objection to R&R re: DEF 1 motion to suppress evidence (24-1). |
| 38 - 1 | 11/24/04 | DEF 1 Unopposed motion on shortened time for status conference. |
| 39 - 1 | 11/24/04 | DEF 1 Notice of Intent to change plea & req to vacate 12/1/04 FPTC & 12/6/04 TBJ & set stat conf 11/29/04. |
| 41 - 1 | 11/24/04 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress evidence (24-1). |
| 40 - 1 | 11/29/04 | [Re: DEF 1] JKS Order granting unoppo mot on shortened time for stat conf (38-1). cc: USA, FPD, USM, USPO |
| 42 - 1 | 11/29/04 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: status conference (held 11/29/04); FPTC set for 12/1/04 & TBJ set for 12/6/04 VACATED; TBJ reset to 12/27/04 at 10:00 am; FPTC to be held 12/27/04 at 9:00 am prior to beginning of trial; excl delay found under 18:3161(h)(8). cc: USA, FPD, USM, USPO, MJ Branson |
| 43 - 1 | 11/30/04 | Final R&R re: DEF 1 motion to suppress evidence (24-1). cc: AUSA, FPD, Judge Singleton |
| 44 - 1 | 12/07/04 | DEF 1 Notice of unavailabilty from 12/13 through 12/24 & return to work 12/27. |
| 45 - 1 | 12/09/04 | [Re: DEF 1] JKS Order denying motion to suppress evidence (24-1). cc: USA, FPD, MJ Branson |
| 46 - 1 | 12/20/04 | DEF 1 Notice of Intent to change plea. |
| 46 - 2 | 12/20/04 | DEF 1 motion (request) for hearing to change plea. |
| 47 - 1 | 12/21/04 | [Re: DEF 1] JKS Minute Order re PCOP hrg set for 12/22/04 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 48 - 1 | 12/21/04 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 49 - 1 | 12/22/04 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: PCOP (held 12/22/04); def plead GUILTY to Ct 3 of Ind; Cts 1 & 2 to be dsmsd at IOS; IOS set for 3/4/05 at 9:00 a.m.; matter to be referred to another |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0103--CR (RRB)
                              "USA V JOHN C. VENDETTI"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | USDJ for sentencing; FPTC set for 12/22/04 and TBJ set for 12/27/04 VACATED.  cc: USA, FPD, USM, USPO, JC, MJ Branson |
| 50 - 1 | 12/27/04 | [Re: DEF 1] JKS Minute Order re case reassigned to Judge Beistline. cc: USA, FPD, USM, USPO, MJ Branson, Judge Beistline |
| 51 - 1 | 01/03/05 | [Re: DEF 1] RRB Minute Order the time for the IOS set 3/4/05 is changed from 9:00 a.m. to 10:00 a.m. in Courtroom #3.  cc; AUSA, FPD, USM, USPO |
| 52 - 1 | 01/03/05 | Exhibit inventory and dispostion notice. Exhs 1-12 returned to USA on 01/03/05. |
| 53 - 1 | 02/25/05 | DEF 1 Sentencing Memorandum. |
| 54 - 1 | 02/25/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 55 - 1 | 03/07/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re IOS held 3/4/05: sentence imposed as stated in the judgment; defendnat remanded; Oral Motion to Dismiss Counts 1 & 2 of the Indictment granted. |
| 56 - 1 | 03/07/05 | [Re: DEF 1] RRB Judgment dismissed counts 1,2 of the Indictment (1-1); pleaded guilty to count(s) 3 of the Indictment (1-1).  Imprisonment for a term of 60 months w/credit for time served and w/recommendations.  Def is remanded to the custody of the USM.  SR 3 years w/standard & special conditions.  SA $100.00.  cc: AUSA, FPD, USM, USPO, MJ Branson, Def w/cnsl cy, FLU, FINANCE |
| 57 - 1 | 03/11/05 | DEF 1 motion to correct judgment. |
| 58 - 1 | 03/14/05 | [Re: DEF 1] RRB Order granting motion to correct judgment (57-1).  The judgment shall be amended as stated.  cc: AUSA, FPD, USM, USPO, ECR |
| 59 - 1 | 03/17/05 | [Re: DEF 1] RRB Judgment (Amended) dism cts 1,2 of Indt; pleaded guilty to ct 3 of Indt; sentenced to 60 mos impr w/credit for time served; remanded to USM; 36 mos SR; $100.00 SA. cc: USA, FPD, USM, USPO, Def w/cnsls cy, MJ Branson, FLU, Finance |
| 60 - 1 | 04/04/05 | USM Return of svc on writ of HC Ad Pros re: transpation from ACC-East to USDC Anchorage on 8/20/04-3/04/5. |