IN AND FOR
THE UNITED STATES DISTRICT COURT OF ALASKA
ANCHORAGE DIVISION

RECEIVED
MAR 29 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JOHN C. VENDETTI,  )
    Defendant/Petitioner,  ) Case No. A0-0103-01-CR-(RRB)
    )  A04-103-01-CR-(RRB)
v.  )
    ) NOTICE OF MOTION
UNITED STATES OF AMERICA.  )
    )

**PLEASE TAKE NOTICE,** comes now the undersigned, John C. Vendetti, hereby and through this pro-se Notice of Motion pertaining to this above-entitled matter, and moves and gives this Notice of Motion to this Honorable Court in and for a matter of record. Therein the Defendant/Petitioner does intend to submit and/or file additional instruments in this matter, at a later date, therein documents to include Petitions, Affidavits, Statements, Habeas Corpus, Petitions of 2255/2241, and/or any other needed documents required for presentment of nature, therein this above entitled matter, before this Honorable Court, hereinafter at any future date, pursuant to statutes and redress procedures therein.

                            Respectfully submitted for
                            Matter of Record with the
                            United States District Court,

Executed on March 22, 2006      /s/ John C. Vendetti
                            John C. Vendetti 15005-006
                            Federal Correctional Institution
                            P.O. Box 1731
                            Waseca, MN 56093

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument was delivered on this 22 day of March in the year 2006, via United States mail, first-class postage prepaid, addressed to the following legal agencies, there at:

Office of the Clerk
C/o U.S. Federal Bldg (U.S. Courthouse)
222- W. 7th Ave
Anch, Ak. 99501
Name of District Court Clerk

Office of the U.S. Attorney
C/o U.S Federal Bldg (US Courthouse)
222- W. 7th ave.
ANCH, AK. 99501
District Attorney's Office

_____
_____
_____
Probation Officer

_____
_____
_____
Incarceration Facility of Defendant/Respondent

_____
Defendant/Respondent, pro se